NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. BEACON MILLING COMPANY, INC., Respondent.— Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.